# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 10-01784 JVS (Ex) | Date February 1, 2011 |
| Title Carlos Leyva v. LSI Title Company, et al. | |

Present: The Honorable    James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

    **On January 10, 2011, the Court granted defendant Ocwen Loan Servicing LLC's motion to dismiss without prejudice. Plaintiff was granted 20 days to amend the complaint. As of today, an amended complaint has not been filed.**

    **The Court hereby ORDERS plaintiff to show cause, in writing, not later than February 22, 2011, why this action should not be dismissed for lack of prosecution.**

|   | : 00 |
|---|---|
| Initials of Preparer | kjt |